```
                           FILED
                        November 17, 2008
                     CLERK, US DISTRICT COURT
                      EASTERN DISTRICT OF
                          CALIFORNIA
                         DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR. S-07-0120 EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| JOSHUA LANE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSHUA LANE__ , Case No. __CR. S-07-0120 EJG__ , Charge __Title 21 USC § 846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   X   Bail Posted in the Sum of $ __100,000 00__

       X   Unsecured Appearance Bond _co-signed by step-father_

       __   Appearance Bond with 10% Deposit

       __   Appearance Bond with Surety

       __   Corporate Surety Bail Bond

       X   (Other) _Pretrial Services Supervision of Conditions of Release._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __November 17, 2008__ at __2:15__ pm.

By _Dale A. Drozd_

Dale A. Drozd
United States Magistrate Judge