L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JOSH LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> JOSH LANE, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No.  CR. S-07-120 EJG <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT <br><br> Date:  December 19, 2008 <br> Time:  10:00 A.M. |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Josh Lane, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Heiko Coppola, that the status conference presently set for December 19, 2008 at 10:00 a.m., should be continued to February 27, 2009 at 10:00 a.m., and that time under the Speedy Trial Act should be excluded from December 19, 2008 through February 27, 2009.

The reason for the continuance is that the co-defendants who have not yet been arraigned are all located in Canada and the Government is still attempting to procure their presence in this case. Additionally, the Government will soon be providing the defense with additional discovery and defense counsel will need additional time to review that discovery. Accordingly, the time between December 19, 2008 and February 27, 2009 should be excluded from the Speedy Trial calculation pursuant to Local Code T-4 for defense preparation. Mr. Coppola has authorized Mr. Locke to sign this pleading for him.

1

1 | DATED: December 18, 2008          /S/
                                                 BRUCE LOCKE
2                                               Attorney for Josh Lane

3

4

5 | DATED: December 18, 2008          /S/ Bruce Locke
                                              For HEIKO COPPOLA

6                                               Attorney for the United States

7

8         IT IS SO ORDERED.

9

10 | DATED:   December 18, 2008          /s/ Edward J. Garcia
                                              UNITED STATES DISTRICT JUDGE