1  LAWRENCE G. BROWN
   Acting United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )   CASE NO. 2:07-CR-120 EJG
                                )
11              Plaintiff,      )
                                )
12     v.                       )   STIPULATION AND ORDER TO
                                )   EXCLUDE TIME
13 DANIEL WACKERMAN, et. al.    )
                                )
14                              )
                Defendant.      )
15 _____)

16

17      The United States of America and Defendant Joshua Lane
18 request that the status conference in this case be continued from
19 February 26, 2009 to May 1, 2009 at 10:00 a.m.  They stipulate
20 that the time between February 26, 2009 and May 1, 2009 should be
21 excluded from the calculation of time under the Speedy Trial Act.
22 The parties stipulate that the ends of justice are served by the
23 Court excluding such time, so that counsel for the defendant may
24 have reasonable time necessary for effective preparation, taking
25 into account the exercise of due diligence.  18 U.S.C. §
26 3161(h)(8)(B)(iv) and Local Code T-4.  Specifically, the
27 government is continuing its production of additional new
28 discovery to Defendant Lane's attorney, Mr. Locke, and is also

                                1

preparing the extradition package for the remaining co-defendants, all of whom are located in Canada.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                          Respectfully Submitted,

                                          LAWRENCE G. BROWN
                                          Acting United States Attorney

DATE: February 26, 2009       By:  /s/ Heiko P. Coppola
                                            HEIKO P. COPPOLA
                                            Assistant U.S. Attorney


DATE: February 26, 2009          /s/ Bruce Locke[1]
                                            BRUCE LOCKE
                                            Attorney for Defendant Joshua Lane

          **IT IS SO ORDERED.**

DATE:   February 26, 2009        /s/ Edward J. Garcia
                                            HON. EDWARD J. GARCIA
                                            U.S. District Judge

---

[1] Mr. Locke authorized AUSA Coppola to electronically sign this stipulation and proposed order.