UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
April 30, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSHUA LANE, ) <br> ) <br> Defendant. ) | Case No. CR. S-07-0120 EJG <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA LANE, Case No. CR. S-07-0120 EJG, Charge Pretrial Release Violation, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 100,000.00

        X  Unsecured Appearance Bond *co-signed by step-father*

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        X  (Other) *Pretrial Services Supervision of Conditions of Release including Effort Residential Treatment. To be released to Pretrial Services on May 1, 2009.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 30, 2009 at 3:20 pm.

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge