L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JOSH LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-07-120 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | (*As amended) |
| JOSH LANE, et al., | ) | Date: May 1, 2009 |
| | ) | Time: 10:00 A.M. |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Josh Lane, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Heiko Coppola, that the status conference presently set for May 1, 2009 at 10:00 a.m., should be continued to July 10*, 2009 at 10:00 a.m., and that time under the Speedy Trial Act should be excluded from May 1, 2009 through July 10*, 2009.

The reason for the continuance is that the co-defendants who have not yet been arraigned are all located in Canada and the Government is still attempting to procure their presence in this case. Additionally, the Government will soon be providing the defense with additional discovery and defense counsel will need additional time to review that discovery. Finally, Mr. Lane is entering a 90 day drug abuse treatment program pursuant to the recommendation of Pretrial Services. Accordingly, the time between December 19, 2008 and February 27, 2009 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(8)(B)(ii) and (iv) and Local Code T-4 for defense preparation.  Mr. Coppola has authorized Mr. Locke to sign this pleading for him.

1

DATED: April 28, 2009                    /S/
                                         BRUCE LOCKE
                                         Attorney for Josh Lane


DATED: April 28, 2009                    /S/ Bruce Locke
                                         For HEIKO COPPOLA
                                         Attorney for the United States


IT IS SO ORDERED.


DATED:   April 30, 2009                  /s/ Edward J. Garcia
                                         UNITED STATES DISTRICT JUDGE