1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   JOSH LANE

5

6              IN THE UNITED STATES DISTRICT COURT

7            FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-07-120 EJG
                                    )
9            Plaintiff,             )
                                    )
10                                  )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE AND EXCLUDE TIME
11     v.                           )   UNDER SPEEDY TRIAL ACT
                                    )
12  JOSH LANE,  et al.,             )   Date:  July 10, 2009
                                    )   Time:  10:00 A.M.
13           Defendants.            )
   _____ )

14          IT IS HEREBY STIPULATED AND AGREED between the defendant, Josh Lane, by and

15  through his defense counsel, Bruce Locke, and the United States of America by and through its

16  counsel, Assistant U.S. Attorney Heiko Coppola, that the status conference presently set for July 10,

17  2009 at 10:00 a.m., should be continued to September 18, 2009 at 10:00 a.m., and that time under

18  the Speedy Trial Act should be excluded from July 10, 2009 through September 18, 2009.

19          The reason for the continuance is that the co-defendants who have not yet been arraigned are

20  all located in Canada and the Government is still attempting to procure their presence in this case.

21  Additionally, the Government will soon be providing the defense with additional discovery and

22  defense counsel will need additional time to review that discovery and to conduct its own

23  investigation. Finally, Mr. Lane is in a 90-day drug abuse treatment program pursuant to the

24  recommendation of Pretrial Services.  Accordingly, the time between July 10, 2009 and September

25  18, 2009 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States

26  Code, Section 3161(h)(8)(B)(ii) and (iv) and Local Code T-4 for defense preparation. Mr. Coppola

27  has authorized Mr. Locke to sign this pleading for him.

28

29                                    1

DATED: July 6, 2009                    _____/S/_____
                                       BRUCE LOCKE
                                       Attorney for Josh Lane


DATED: July 6, 2009                    ___/S/ Bruce Locke___
_____      For HEIKO COPPOLA
                                       Attorney for the United States


        IT IS SO ORDERED.


DATED:   July 6, 2000                  /s/ Edward J. Garcia
                                       UNITED STATES DISTRICT JUDGE

2