```
LAWRENCE G. BROWN
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. CR S 07-120 EJG |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| JOSHUA LANE, et.al. ) | |
| Defendant. ) | |

The United States of America and Defendant Joshua Lane, request that the status conference in this case be continued from September 18, 2009 to November 13, 2009 at 10:00 a.m. They stipulate that the time between September 18, 2009 and November 13, 2009 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, the defense is still reviewing the discovery in

1

this matter.  The government and the defendant are also in continuing discussions about resolving this matter short of trial.  The remaining defendants have not been arraigned and are located in Canada.  The government is continuing its attempts to have the remaining defendants extradited from Canada to the United States.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATE: September 17, 2009     By:  /s/ Heiko P. Coppola
                                            HEIKO P. COPPOLA
                                            Assistant U.S. Attorney

DATE: September 17, 2009         /s/ Bruce Locke
                                            BRUCE LOCKE
                                            Attorney for Defendant

                                        **SO ORDERED.**

DATE: September 17, 2009
                                        /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        U.S. District Judge