L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JOSH LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-07-120 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| JOSH LANE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Josh Lane, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Heiko Coppola, that the status conference presently set for November 13, 2009 at 10:00 a.m., should be continued to February 12, 2010 at 10:00 a.m., and that time under the Speedy Trial Act should be excluded from November 13, 2009 through February 12, 2010.

The reason for the continuance is that the co-defendants who have not yet been arraigned are all located in Canada and the Government is still attempting to procure their presence in this case. Counsel for Mr. Lane is also continuing his investigation of the matter. Accordingly, the time between November 13, 2009 and February 12, 2010 should be excluded from the Speedy Trial calculation pursuant to Title 18 United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).  Mr. Coppola has authorized Mr. Locke to sign this pleading for him.

DATED: November 10, 2009           /S/ Bruce Locke
                                   BRUCE LOCKE
                                   Attorney for Josh Lane


DATED: November 10, 2009           /S/ Bruce Locke
                                   For HEIKO COPPOLA
                                   Attorney for the United States

IT IS SO ORDERED.


DATED:  November 12, 2009          /s/ Edward J. Garcia
                                   UNITED STATES DISTRICT JUDGE

2