1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   JOSH LANE
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-07-120 EJG
                                    )
9           Plaintiff,               )
                                    )   STIPULATION TO CONTINUE STATUS
10                                   )   CONFERENCE AND EXCLUDE TIME
       v.                            )   UNDER SPEEDY TRIAL ACT
11                                   )
   JOSH LANE, et al.,                )
12                                   )
              Defendants.            )
13  _____)

14         IT IS HEREBY STIPULATED AND AGREED between the defendant, Josh Lane, by and

15  through his defense counsel, Bruce Locke, and the United States of America by and through its

16  counsel, Assistant U.S. Attorney Heiko Coppola, that the status conference presently set for February

17  12, 2010 at 10:00 a.m., should be continued to April 16, 2010 at 10:00 a.m., and that time under the

18  Speedy Trial Act should be excluded from February 12, 2010 through April 16, 2010.

19         The reason for the continuance is that the co-defendants who have not yet been arraigned,

20  are all located in Canada and the Government is still attempting to procure their presence in this

21  case.  Counsel for Mr. Lane is also continuing his investigation and preparation of the matter.

22  Accordingly, the time between February 12, 2010 and April 16, 2010 should be excluded from the

23  Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and

24  Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by

25  granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

26  18 U.S.C. §3161(h)(7)(A).  Mr. Coppola has authorized Mr. Locke to sign this pleading for him.

27

28

29                                        1

DATED: February 9, 2010            /S/ Bruce Locke
                                   BRUCE LOCKE
                                   Attorney for Josh Lane


DATED: February 9, 2010            /S/ Bruce Locke
                                   For HEIKO COPPOLA
                                   Attorney for the United States


IT IS SO ORDERED.


DATED:   February 10, 2010         /s/ Edward J. Garcia
                                   UNITED STATES DISTRICT JUDGE

2