BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANIEL WACKERMAN, et. al. ) <br> ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:07-CR-120 EJG <br><br> STIPULATION AND <br> ORDER TO EXCLUDE TIME |

The United States of America and Defendant Joshua Lane request that the status conference in this case be continued from April 16, 2010 to July 23, 2010 at 10:00 a.m.  They stipulate that the time between April 16, 2010 and July 23, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, defense counsel is still reviewing discovery and conducting investigation

1

into this matter.  Additionally, the government is revising its extradition package for the remaining defendants which requires the assistance of agents located in Canada.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                           Respectfully Submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

DATE: April 15, 2010        By:  /s/ Heiko P. Coppola
                                              HEIKO P. COPPOLA
                                             Assistant U.S. Attorney

DATE: April 15, 2010             /s/ Bruce Locke[1]
                                           BRUCE LOCKE
                                           Attorney for Defendant Joshua Lane

       **IT IS SO ORDERED.**

DATE:   April 14, 2010
                                           /s/ Edward J. Garcia
                                           HON. EDWARD J. GARCIA
                                           U.S. District Judge

---

[1] Mr. Locke authorized AUSA Coppola to electronically sign this stipulation and proposed order.