```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   CASE NO. 2:07-CR-120 EJG
                                 )
12               Plaintiff,      )
                                 )
13       v.                      )   STIPULATION AND
                                 )   ORDER TO EXCLUDE TIME
14  DANIEL WACKERMAN, et. al.    )
                                 )
15                               )
                 Defendant.      )
16  _____ )
17
18       The United States of America and Defendant Joshua Lane
19  request that the status conference in this case be continued from
20  July 23, 2010 to September 24, 2010 at 10:00 a.m.  They stipulate
21  that the time between July 23, 2010 and September 24, 2010 should
22  be excluded from the calculation of time under the Speedy Trial
23  Act.  The parties stipulate that the ends of justice are served
24  by the Court excluding such time, so that counsel for the
25  defendant may have reasonable time necessary for effective
26  preparation, taking into account the exercise of due diligence.
27  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,
28  defense counsel is still reviewing discovery and conducting
```

1

investigation into this matter.  Additionally, the government is awaiting some additional information from Canadian law enforcement agents before submitting its final extradition package to the U.S. Department of Justice for the remaining defendants.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                Respectfully Submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATE: July 20, 2010       By:   /s/ Heiko P. Coppola
                                                HEIKO P. COPPOLA
                                                Assistant U.S. Attorney

DATE: July 20, 2010        /s/ Bruce Locke[1]
                                                BRUCE LOCKE
                                                Attorney for Defendant Joshua Lane

**IT IS SO ORDERED.**

DATE: July 20, 2010
                                                /s/ Edward J. Garcia
                                                HON. EDWARD J. GARCIA
                                                U.S. District Judge

---

[1] Mr. Locke authorized AUSA Coppola to electronically sign this stipulation and proposed order.