**FILED**
August 27, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>            Plaintiff,               )<br>v.                                                    )<br>                                                          )<br>JOSHUA LANE,                            )<br>                                                          )<br>            Defendant.                )<br> | Case No. 2:07-cr-120 EJG<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Joshua Lane</u>; Case  <u>2:07-cr-120 EJG</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of _____

    __    Unsecured bond in the amount of

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond secured by Real Property

    __    Corporate Surety Bail Bond

    X     (Other) <u>Pretrial conditions/supervision;</u>

Issued at  <u>Sacramento, CA</u>  on  <u>8/27/2010</u>   at  3:09 p.m.

By  _____
Kimberly J. Mueller,
United States Magistrate Judge