```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   CASE NO. 2:07-CR-120 EJG
                                )
12             Plaintiff,       )
                                )
13       v.                     )   STIPULATION AND
                                )   ORDER TO EXCLUDE TIME
14  DANIEL WACKERMAN, et. al.   )
                                )
15                              )
               Defendant.       )
16  _____)
17
```

18      The United States of America and Defendant Joshua Lane
19 request that the status conference in this case be continued from
20 September 24, 2010 to January 7, 2011 at 10:00 a.m.  They
21 stipulate that the time between September 24, 2010 and January 7,
22 2011 should be excluded from the calculation of time under the
23 Speedy Trial Act.  The parties stipulate that the ends of justice
24 are served by the Court excluding such time, so that counsel for
25 the defendant may have reasonable time necessary for effective
26 preparation, taking into account the exercise of due diligence.
27 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically,
28 defense counsel is still reviewing discovery and conducting

1

1  investigation into this matter.  Additionally, the government
2  submitted its completed extradition request to the U.S.
3  Department of Justice - Office of International Affairs for
4  processing on September 21, 2010.  The parties stipulate and
5  agree that the interests of justice served by granting this
6  continuance outweigh the best interests of the public and the
7  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATE: September 21, 2010     By:  /s/ Heiko P. Coppola
                                      HEIKO P. COPPOLA
                                      Assistant U.S. Attorney

DATE: September 21, 2010         /s/ Bruce Locke[1]
                                      BRUCE LOCKE
                                      Attorney for Defendant Joshua Lane

     **IT IS SO ORDERED.**

DATE: September 21, 2010
                                      /s/ Edward J. Garcia
                                      U. S. DISTRICT JUDGE

---

[1] Mr. Locke authorized AUSA Coppola to electronically sign this stipulation and proposed order.