1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:07-CR-120 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] |
|  | ) ORDER TO EXCLUDE TIME |
| DANIEL WACKERMAN, et. al. | ) |
| Defendant. | ) |

The United States of America and Defendant Joshua Lane request that the status conference in this case be continued from January 7, 2011 to February 18, 2011 at 10:00 a.m.  They stipulate that the time between January 7, 2011, and February 18, 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel is still reviewing discovery and conducting investigation into this matter.  The parties have also

entered into plea negotiations and expect that this matter will resolve by way of a guilty plea at the next hearing. Defense counsel will need additional time to review the plea agreement once provided to the defendant.

Additionally, as the Court knows from the previous stipulations, this case is an international drug trafficking conspiracy with several of the indicted defendants being citizens of Canada. The government submitted its completed extradition request to the U.S. Department of Justice - Office of International Affairs on September 21, 2010. As of the date of this stipulation, the government's extradition request has been transmitted to the Canadian Department of Justice and is being reviewed.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: January 5, 2011        By:  /s/ Heiko P. Coppola
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

DATE: January 5, 2011             /s/ Bruce Locke[1]
                                  BRUCE LOCKE

---

[1] Mr. Locke authorized AUSA Coppola to electronically sign this stipulation and proposed order.

2

|   |   |
|---|---|
| 1 | Attorney for Defendant Joshua Lane |
| 2 |  |
| 3 | **IT IS SO ORDERED.** |
| 4 | DATE: 1/5/11 |
| 5 | _____<br>HON. EDWARD J. GARCIA<br>U.S. District Judge |