1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   JOSH LANE
5


FILED
JAN 28 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,              )   No. CR. S-07-120 EJG
                                          )
9               Plaintiff,                )
                                          )   STIPULATION AND ~~PROPOSED~~ ORDER
10                                        )   FOR TEMPORARY RELEASE OF
          v.                              )   DEFENDANT
11                                        )
   JOSH LANE, et al.,                     )
12                                        )
                Defendants.               )
13 _____)

14      IT IS HEREBY STIPULATED AND AGREED between the defendant, Josh Lane, by and

15 through his defense counsel, Bruce Locke, and the United States of America by and through its

16 counsel, Assistant U.S. Attorney Heiko Coppola, that Mr. Lane should be released from custody at

17 the United States Marshal's office at 2:00 p.m., on Friday January 28, 2011 and that he self-surrender

18 himself back to the United States Marshal's office no later than 3:30 p.m., on Monday January 31,

19 2011.

20      Mr. Lane's step-father, who has been in his life since Mr. Lane was seven years old, suffered

21 a massive stroke over the past weekend, has had brain surgery, and is in a coma in a hospital in

22 Redding, California. At this time, the step-father has been minimally responsive and it is very

23 possible that he will not survive. Although he is in a coma and his prognosis is not good, it is

24 possible that he might respond to Mr. Lane's voice. In the event that he does not survive, Mr. Lane

25 would like to be able to say good-bye.

26      Mr. Lane is currently in custody because he has been unable to remain clean of drug use

27 when he has been on pre-trial release. When he was most recently detained, Judge Hollows found

28

29                                          1

that he was not a flight risk but that he was being detained because he was apparently unable to abide by the conditions of his release. The parties agree that Mr. Lane should be drug tested by Pre-Trial Services at 3:00 p.m., before he surrenders to the Marshal's office on January 31, 2011.

*The defendant's grandmother shall serve as a third party custodian during the period of the defendant's temporary release.*

DATED: January 27, 2011                 /S/ Bruce Locke
                                        BRUCE LOCKE
                                        Attorney for Josh Lane

DATED: January 27, 2011                 /S/ Bruce Locke
                                        For HEIKO COPPOLA
                                        Attorney for the United States

IT IS SO ORDERED.

DATED: 1-28-2011                        [signature]
                                        UNITED STATES MAGISTRATE JUDGE

2