BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
JOSH LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-07-120 EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION & ORDER  TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | ) | |
| JOSH LANE,  et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Josh Lane, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Heiko Coppola, that the status conference presently set for March 25, 2011 at 10:00 a.m., should be continued to April 8, 2011 at 10:00 a.m., and that time under the Speedy Trial Act should be excluded from March 25, 2011 through April 8, 2011.

The reason for the continuance is that the parties are working out the last details of the plea agreement and that process requires the parties and the government agents to review some of the memoranda of interviews and discovery.  Additionally, once the necessary changes are made, defense counsel will need additional time to review the plea agreement with the defendant in order to be fully prepared for the anticipated guilty plea on April 8, 2011. Accordingly, the time between March 25, 2011 and April 8, 2011 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.   The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

1

§3161(h)(7)(A).  Mr. Coppola has authorized Mr. Locke to sign this pleading for him.


DATED: March 22, 2011                /S/ Bruce Locke
                                     BRUCE LOCKE
                                     Attorney for Josh Lane


DATED: March 22, 2011                /S/ Bruce Locke
                                     For HEIKO COPPOLA
                                     Attorney for the United States


   IT IS SO ORDERED.


DATED:   March 23, 2011              /s/ Edward J. Garcia
                                     UNITED STATES DISTRICT JUDGE