UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

FILED
JUN - 7 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   LANE, Joshua
Docket Number:   2:07CR00120-05
**CONTINUANCE OF JUDGMENT
AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 1, 2011, to July 29, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to the unusually heavy workload, including a number of complicated cases, the undersigned officer needs additional time to complete the presentence report in this matter. Therefore, all parties have agreed to a continuation of judgment and sentencing.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*[signature]*

**LINDA O. DILLON**
**United States Probation Officer**

**REVIEWED BY:** *[signature]* Jeffrey C Oestreicher

Jeffrey C. Oestreicher
**Supervising United States Probation Officer**

Dated:   June 7, 2011
         Sacramento, California
         LOD/sda

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**          *[signature]*          6/7/11
                        **EDWARD J. GARCIA**
                        **Senior United States District Judge**          **Date**

___ **Disapproved**

2

RE: Joshua Lane
Docket Number: 2:07CR00120-05
**CONTINUANCE OF JUDGMENT AND SENTENCING**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:07CR00120-05 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| JOSHUA LANE | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 07/29/2011 |
| Reply, or Statement of Non-Opposition: | 07/22/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 07/15/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 07/08/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 07/01/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 06/17/2011 |